**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2037**

WENDY M. DALE,

        Debtor - Appellant,

    v.

ALGERNON L. BUTLER, III,

        Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (7:20-cv-00184-BR)

Submitted: February 24, 2022          Decided: February 28, 2022

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wendy Dale, Appellant Pro Se. Algernon Lee Butler, III, Wilmington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendy Dale appeals from the district court's order: (1) dismissing her appeal from the bankruptcy court's order limiting her claimed exemption in a lawsuit and prohibiting her from amending her claim of exemptions; and (2) affirming the bankruptcy court's orders quashing Dale's subpoena, denying her motion to reconsider the order approving a settlement agreement and denying her motion to convert her case, denying reconsideration of the exemption order, denying her motion for a declaratory judgment, and imposing sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dale v. Butler*, No. 7:20-cv-00184-BR (E.D.N.C. Sept. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
